817

No. 127. Wiley et al. v. United States. C. A. 4th Cir. Certiorari denied. *Clyde A. Douglass* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 136. Consolidated Title Corp. v. District of Columbia. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John J. Wilson, Philip S. Peyser* and *Thomas S. Jackson* for petitioner. *Chester H. Gray, Milton D. Korman* and *Henry E. Wixon* for respondent.

No. 139. Wilson v. Southern Farm Bureau Casualty Co. C. A. 5th Cir. Certiorari denied. *H. Alva Brumfield* for petitioner.

No. 142. Dayan v. California. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. *Nathan Newby, Jr.* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 144. Sgarlat Estate v. Pennsylvania. Supreme Court of Pennsylvania. Certiorari denied. *James Lenahan Brown* for petitioner.

No. 158. King Colony Ranch et al. v. Montana. Supreme Court of Montana. Certiorari denied. *Ralph J. Anderson* for petitioners. *Forrest H. Anderson,* Attorney General of Montana, *William F. Crowley,* Assistant Attorney General, and *George T. Bennett,* Special Assistant Attorney General, for respondent.